**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 535 MAL 2015

              : 

        Respondent    : 

              :   Petition for Allowance of Appeal from

              :   the **Published Opinion and Order** of

      v.          :   the Superior Court at No. 1382 MDA

              :   2014, at 116 A.3d 670 (Pa. Super.

              :   2015) entered on May 4, 2015,

JOHN MICHAEL PERZEL,       :   **affirming** the PCRA Order of the

              :   Dauphin County Court of Common

        Petitioner    :   Pleas at No. CP-22-CR-0002589-2010

              :   entered on July 16, 2014


<u>**ORDER**</u>


**PER CURIAM**                               **DECIDED: February 9, 2017**

      **AND NOW**, this 9th day of February, 2017, the Petition for Allowance of Appeal is **GRANTED**. The Order of the Superior Court is **VACATED** and this matter is **REMANDED** to the Superior Court to reconsider its decision in light of <u>Commonwealth v. Veon</u>, 150 A.3d 435 , (Pa. 2016) (69 and 70 MAP 2015).

      Justice Wecht did not participate in the consideration or decision of this matter.